## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: _____ |
| ) | |
| FORTY-SIX THOUSAND ONE HUNDRED ) | |
| NINETY ($46,190.00) AND 00/100 DOLLARS ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR AN ORDER FOR PUBLIC NOTICE

NOW COMES the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Patricia A. McInerney, and moves pursuant to Supplemental Rule G, Federal Rules of Procedure, for an Order to designate The State Journal Register, Springfield, Illinois, to publish the attached public Notice of Action and Seizure.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:    s/Patricia A. McInerney
       Patricia A. McInerney
       Assistant United States Attorney
       Illinois Bar No.0782440
       318 South 6th Street
       Springfield, IL 62701
       Telephone: (217) 492-4450
       patricia.a.mcinerney@usdoj.gov

### **O R D E R**

So ordered this _____ day of _____, 2007.

_____

## NOTICE OF ACTION AND SEIZURE

PLEASE TAKE NOTICE that on November 20, 2007, the United States of America filed a Forfeiture Complaint in Civil Action No: _____ in U.S. District Court for the Central District of Illinois, in order to forfeit $46,190.00 in U.S. Currency. A copy of the Complaint can be obtained from the Office of the Clerk, U.S. District Court, 600 E. Monroe, Springfield, Illinois 62701 (telephone: (217) 492-4020), with a copy thereof sent to Assistant United States Attorney Patricia A. McInerney, 318 S. Sixth, Springfield, Illinois 62701; (telephone: 217/492-4450).

In accordance with said Complaint, a Warrant for the seizure of said property was duly issued and has been or will be executed by the United States Marshal.

Anyone with a claim to the defendant property should file that claim with the Clerk of the U.S. District Court and with Patricia A. McInerney within 30 days of this publication and an answer to said Complaint within 20 days of the filing of a claim to the defendant property.