E-FILED
Wednesday, 21 November, 2007 02:49:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No: 07-3314 |
| FORTY-SIX THOUSAND ONE HUNDRED NINETY ($46,190.00) AND 00/100 DOLLARS IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**MOTION FOR AN ORDER FOR PUBLIC NOTICE**

NOW COMES the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Patricia A. McInerney, and moves pursuant to Supplemental Rule G, Federal Rules of Procedure, for an Order to designate The State Journal Register, Springfield, Illinois, to publish the attached public Notice of Action and Seizure.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Patricia A. McInerney
Patricia A. McInerney
Assistant United States Attorney
Illinois Bar No.0782440
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patricia.a.mcinerney@usdoj.gov

**ORDER**

So ordered this 21st day of November, 2007.

s/ Byron Cudmore
U.S. Magistrate Judge