**NOTICE OF ACTION AND SEIZURE**

PLEASE TAKE NOTICE that on November 20, 2007, the United States of America filed a Forfeiture Complaint in Civil Action No: 07-3314 in U.S. District Court for the Central District of Illinois, in order to forfeit $46,190.00 in U.S. Currency. A copy of the Complaint can be obtained from the Office of the Clerk, U.S. District Court, 600 E. Monroe, Springfield, Illinois 62701 (telephone: (217)492-4020), with a copy thereof sent to Assistant United States Attorney Patricia A. McInerney, 318 S. Sixth, Springfield Illinois 62701; (telephone (217)492-4450), in accordance with said Complaint, a Warrant for the seizure of said property was duly issued and has been or will be executed by the United States Marshal. Anyone with a claim to the defendant property should file that claim with the Clerk of the U.S. District Court and with Patricia A. McInerney within 30 days of this publication and an answer to said Complaint within 20 days of the filing of a claim to the defendant property.

---

Certificate of Publication in THE STATE JOURNAL-REGISTER by GateHouse Media Illinois Holdings, Inc.

**STATE OF ILLINOIS**
**COUNTY OF SANGAMON** ss

**GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC., DOES HEREBY CERTIFY:**

That it is a corporation duly organized and existing under the laws of the State of Illinois;

That it is the publisher of *The State Journal-Register*, a secular daily newspaper printed and published in the City of Springfield, in Sangamon County, Illinois, and of general circulation in said City, County and State; and that it is a newspaper as defined in "An Act to revise the law in relation to notices" - Illinois Compiled Statutes, Chapter 715 Sections 1 and 5.

That a notice of which the annexed is a true copy has been regularly published in said newspaper one time ; that the first publication of said notice was on the second day of December, 2007, and the last publication thereof was on the second day of December, 2007,

That the face of type in which each publication of said notice was printed was the same as the body of type used in the classified advertising in the newspaper in which said publication was made;

That said *The State Journal-Register* has been regularly published in said City, County and State for at least one year Prior to publication of said notice.

**In WITNESS WHEREOF**, said GateHouse Media Illinois Holdings, Inc., publisher as aforesaid, has executed this Certificate of Publication by its Officer or Agent thereunto duly authorized this second day of December, 2007.

GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC.

By _____
ITS VICE PRESIDENT

Printer's Fee $50.60

No. 07-1934