IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FORTY-SIX THOUSAND ONE HUNDRED NINETY ($46,190.00) AND 00/100 DOLLARS IN UNITED STATES CURRENCY <br><br> Defendant. | Case No. 07 CV 3314 <br><br> Hon. Jeanne E. Scott <br> Mag. Byron G. Cudmore |
| VICTOR C. VILLANUEVA and <br> ALICIA CONTRERAS <br><br> Claimants. | |

## NOTICE OF FILING

To: All Counsel of Record

Please take notice that on December 20, 2007, I caused to be filed with the clerk of the US District Court, Central District of Illinois, Springfield Division, **Claimants Appearance of Counsel**, a copy of which is attached hereto and served upon you.

                                                s/ Michael C. Rosenblat
                                                Attorney for Claimants

Michael C. Rosenblat
**MICHAEL C. ROSENBLAT, P.C.**
33 North LaSalle Street, Suite 2900
Chicago, IL 60602
312-948-0006

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA
V.
FORTY-SIX THOUSAND ONE HUNDRED NINTY ($46,190.00)
AND 00/100 DOLLARS IN UNITED STATES CURRENCY,
Defendants,
VICTOR C. VILLANUEVA and ALICIA CONTRERAS, Claimants

**APPEARANCE**

Case Number: 07 CV 3314

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Victor C. Villanueva and Allicia Contreras, Claimants

I certify that I am admitted to practice in this court.

12/20/2007
Date

Signature

Michael C. Rosenblat         6191153
Print Name                   Bar Number

33 N LaSalle St., STE 2900
Address

Chicago            IL            60602
City               State         Zip Code

(312) 948-0006              (312) 551-0322
Phone Number                Fax Number

## CERTIFICATE OF SERVICE

I, Michael C. Rosenblat, an attorney, certify that I caused copies of the foregoing **Claimants Appearance of Counsel**, to be served pursuant to ECF as to Filing Users.

s/ Michael C. Rosenblat

## SERVICE LIST

*The United States of America v. Forty-Six Thousand One Hundred Ninety ($46,190.00) and 00/100 dollars in United States currency*
Case No. 07 CV 3314

Patricia A. McInerney
Assistant United States Attorney
318 South 6th Street
Springfield, IL 62701

2