IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FORTY-SIX THOUSAND ONE HUNDRED ) <br> NINETY ($46,190.00) AND 00/100 DOLLARS ) <br> IN UNITED STATES CURRENCY ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> VICTOR C. VILLANUEVA and ) <br> ALICIA CONTRERAS ) <br> ) <br> Claimants. ) | Case No. 07 CV 3314 <br><br> Hon. Jeanne E. Scott <br> Mag. Byron G. Cudmore |

### NOTICE OF FILING

To: All Counsel of Record

    Please take notice that on December 20, 2007, I caused to be filed with the clerk of the US District Court, Central District of Illinois, Springfield Division, **Claimants Verified Claim**, a copy of which is attached hereto and served upon you.

                                            s/ Michael C. Rosenblat
                                              Attorney for Claimants

Michael C. Rosenblat
**MICHAEL C. ROSENBLAT, P.C.**
33 North LaSalle Street, Suite 2900
Chicago, IL 60602
312-948-0006

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>)<br>)<br>)<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>FORTY-SIX THOUSAND ONE HUNDRED   )<br>NINETY ($46,190.00) AND 00/100 DOLLARS )<br>IN UNITED STATES CURRENCY   )<br>)<br>Defendant.   )<br>_____)<br>)<br>VICTOR C. VILLANUEVA and   )<br>ALICIA CONTRERAS   )<br>)<br>Claimants.   ) | Case No. 07 CV 3314<br><br>Hon. Jeanne E. Scott<br>Mag. Byron G. Cudmore |

## VERIFIED CLAIM

NOW COMES Claimants VICTOR C. VILLANUEVA and ALICIA CONTRERAS, by their attorney Michael C. Rosenblat, and files this verified claim for possession of the above referenced property pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and in support there of declare and state the following:

1. We are the claimants in the above described action and claim a ownership and/or possession interest in the Defendant property, FORTY-SIX THOUSAND ONE HUNDRED NINETY ($46,190.00) AND 00/100 DOLLARS IN UNITED STATES CURRENCY.

2. Claimants have an interest in, and are the rightful owners of, the aforementioned property and demand its restitution and right to defend this action.

2

3.  The law firm of Michael C. Rosenblat, PC has full authorization to make this claim on behalf of Claimants' interest.

Respectfully submitted,

*[signature]*

Attorney for Claimants

ARDC 6191153
Michael C. Rosenblat
**MICHAEL C. ROSENBLAT, P.C.**
33 North LaSalle Street, Suite 2900
Chicago, IL 60602
312-948-0006

## VERIFICATION

I hereby declare under penalty of perjury that upon information and belief the foregoing is true and correct.

Executed: 12/20/07

*[signature]*
VICTOR C. VILLANUEVA

I hereby declare under penalty of perjury that upon information and belief the foregoing is true and correct.

Executed: 12/20/07

*[signature]*
ALICIA CONTRERAS

SUBSCRIBED TO AND SWORN BEFORE ME
THIS 11th DAY OF December, 2007

_____

NOTARY PUBLIC

3

## CERTIFICATE OF SERVICE

I, Michael C. Rosenblat, an attorney, certify that I caused copies of the foregoing **Claimants Claim to Property**, to be served pursuant to ECF as to Filing Users.

<u>s/ Michael C. Rosenblat</u>

## SERVICE LIST

*The United States of America v. Forty-Six Thousand One Hundred Ninety ($46,190.00) and 00/100 dollars in United States currency*
Case No. 07 CV 3314

Patricia A. McInerney
Assistant United States Attorney
318 South 6th Street
Springfield, IL 62701