IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 07-3314 |
| ) | |
| FORTY-SIX THOUSAND ONE HUNDRED ) | |
| NINETY ($46,190.00) AND 00/100 DOLLARS ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED JOINT DISCOVERY PLAN PURSUANT TO
RULE 16 AND 26(F) OF THE FEDERAL RULES
OF CIVIL PROCEDURE**

NOW COMES the United States of America, Plaintiff, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Patricia A. McInerney, Assistant United States Attorney, and Victor Villanueva and Alicia Contreras, by their attorney, Michael C. Rosenblat, and hereby propose the following discovery schedule:

1. To join parties and amend pleadings:   March 15, 2008

2. To complete discovery:   July 15, 2008

3. To disclose reports, documents and experts:   August 15, 2008

4. To file dispositive motions:   September 15, 2008

5. To file response to dispositive motions:   October 6, 2008


s/Patricia A. McInerney
Patricia A. McInerney
U.S. Attorney's Office
318 S. Sixth Street
Springfield, IL 62701
(217) 492-4450

s/Michael C. Rosenblat
Michael C. Rosenblat
33 N. LaSalle Street, Suite 2900
Chicago, IL 60602
(312) 948-0006