E-FILED
Monday, 07 July, 2008 07:10:44 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 07 CV 3314 |
| Plaintiff, ) | |
| ) | Hon. Jeanne E. Scott |
| v. ) | Mag. Byron G. Cudmore |
| ) | |
| FORTY-SIX THOUSAND ONE HUNDRED ) | |
| NINETY ($46,190.00) AND 00/100 DOLLARS ) | |
| IN UNITED STATES CURRENCY ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| VICTOR C. VILLANUEVA and ) | |
| ALICIA CONTRERAS ) | |
| ) | |
| Claimants. ) | |

## CLAIMANTS' MOTION FOR EXTENSION OF DISCOVERY DEADLINES

Claimants Victor C. Villanueva and Alicia Contreras, by their attorney, hereby moves this Court for an extension of the discovery deadlines and in support of this Motion, Claimants state as follows:

1.  A scheduling conference was held on February 13, 2008 setting July 15, 2008 to complete fact discovery.

2.  Claimants' counsel was the lead trial attorney on a jury trial in a criminal matter, which took place between May 12 and June 18, 2008. During this time, and during the weeks and months leading up to the jury trial, counsel was occupied with trial preparation on that matter.

      3.      Claimants needs additional time to complete fact discovery.

      4.      Claimants respectfully request that the schedule order be amended to reflect the following deadlines.

      a.      To complete fact discovery:      September 15, 2008

      b.      To disclose reports, documents, and experts: October 15, 2008

      c.      To file dispositive motions:      November 17, 2008

      d.      To file response to dispositive motions:      December 8, 2008

      Respectfully submitted,

      s/ Michael C. Rosenblat
      Attorney for Claimants

Michael C. Rosenblat
**MICHAEL C. ROSENBLAT, P.C.**
33 North LaSalle Street, Suite 2900
Chicago, IL 60602
312-948-0006

**CERTIFICATE OF SERVICE**

      I, Michael C. Rosenblat, an attorney, certify that I caused copies of the foregoing **Claimants' Motion for Extension of Discovery Deadline**, to be served pursuant to ECF as to Filing Users on July 7, 2008.

s/ Michael C. Rosenblat

**SERVICE LIST**

*The United States of America v. Forty-Six Thousand One Hundred Ninety ($46,190.00) and 00/100 dollars in United States currency*
Case No. 07 CV 3314

Patricia A. McInerney
Assistant United States Attorney
318 South 6th Street
Springfield, IL 62701